THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LARRY CAMPBELL, Defendant-Appellant.

(No. 72-196; )

Second District—July 1, 1974.

Opinion by Mr. JUSTICE SEIDENFELD.

Ralph Ruebner and Adam Lutynski, both of the State Appellate Defender's Office, of Elgin, for appellant.

William J. Cowlin, State's Attorney, of Woodstock (James K. Kilduff, Assistant State's Attorney, of counsel), for the People.